IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>NUCO2. INC., NUCO2 MANAGEMENT LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-4143-MHC |

## ORDER

This case comes before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Lawsuit With Prejudice [Doc. 17]. The Court reviewed the parties' Settlement Agreement ("Settlement Agreement") [Doc. 17-1] to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation. Having reviewed the proposed Settlement Agreement, the Court finds it to be a reasonable settlement of Plaintiff's

claims under the Fair Labor Standards Act of 1983, as amended, 29 U.S.C. § 201 et seq.

Accordingly, it is hereby **ORDERED** that the Joint Motion to Approve Settlement and Dismiss Lawsuit With Prejudice [Doc. 17] is **GRANTED**. Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payments of the settlement amount and attorney's fees shall be made as provided in the Settlement Agreement. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

It is **FURTHER ORDERED** that all claims in the above-styled action are hereby **DISMISSED** with prejudice.

The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED** this 18th day of March, 2022.

_____
MARK H. COHEN
United States District Judge